UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SKAT,<br><br>                    Plaintiff,<br><br>         vs.<br><br>TVETER LLC PENSION PLAN & CHRISTOPHER NOWELL,<br><br>                    Defendants. | Case No. 3:18-cv-00985-MPS<br><br>Honorable Michael P. Shea, U.S.D.J |

**MOTION TO ENLARGE PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINTS**

Plaintiff SKAT ("**Plaintiff**" or "**SKAT**") moves for entry of an order enlarging the time for Plaintiff to file its response in opposition to Defendants Tveter LLC Pension Plan and Christopher Nowell's (**"Defendants"**) motion to dismiss to October 11, 2018:

In support of this Motion, Plaintiff states:

1. Federal Rule of Civil Procedure 6(b) establishes that upon good cause shown, the Court has the authority to enlarge the period of time within which the parties must submit documents to the Court.

2. Defendants in this action filed a motion to dismiss on September 12, 2018. Plaintiff's deadline to file a response to Defendants' motion to dismiss is October 3, 2018. Plaintiff asks this Court to extend Plaintiff's response deadline from October 3, 2018 to October 11, 2018.

3. Plaintiff is the agency of the government of Denmark charged with the assessment and collection of Danish taxes. In May and June of 2018, SKAT filed approximately 140 cases in multiple United States federal district courts and state

courts seeking to recoup funds of withholding taxes it erroneously issued to the defendants in such cases (the "**SKAT Actions**"). The majority of such cases are pending before the Honorable Lewis A. Kaplan in the District Court of the Southern District of New York and the Honorable Freda L. Wolfson of the District Court of New Jersey.

4. Following the transfer of five cases from the District of Connecticut to the Southern District of New York, two SKAT Actions remain pending in the District of Connecticut: the instant action and *SKAT v. Valerius LLC Solo 401K Plan et al.*, (18-cv-00987-SRU).

5. On September 10, 2018, the Honorable Stefan R. Underhill of the District of Connecticut granted a Joint Motion for Extension of Time filed in *SKAT v. Valerius*, the other SKAT Action still pending in the District of Connecticut. The Order stated that Plaintiff would have until October 11, 2018 to file an opposition to defendants' motion to dismiss and defendants would have until November 9, 2018 to file a reply in further support of their motion to dismiss (Docket Entry ("**D.E.**") 27).

6. Plaintiff now similarly seeks to enlarge time to respond to Defendants' motion to dismiss so that the schedule in the instant action will mirror the schedule set by the Honorable Stefan R. Underhill in *SKAT v. Valerius*.

7. This Motion is the first request by the Plaintiff for an enlargement of time in connection with Defendants' motion to dismiss and is brought in good faith.

8. Pursuant to Local Rule 7(b), Plaintiff submits this Motion at least three days before the deadline sought to be extended.

9. Plaintiff believes that enlarging the time to respond to Defendants' motion to dismiss until October 11, 2018 will not delay the litigation of this case or cause any undue inconvenience to this Court.

10. Despite diligent effort, Plaintiff cannot ascertain the Defendants' position on Plaintiff's request for an enlargement of time. Plaintiff's counsel emailed Defendant's counsel on September 26 and 27, 2018 to inquire if Defendants would consent or join in this motion and did not receive consent.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order enlarging the time for Plaintiff to respond to Defendants' motion to dismiss until October 11, 2018.

Date: September 28, 2018

Respectfully submitted,

HUGHES HUBBARD & REED LLP

*/s/ Sarah L. Cave*
Sarah L. Cave (pro hac vice)
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000 (t)
(212) 422-4726 (f)
Sarah.cave@hugheshubbard.com

BRENNER, SALTZMAN & WALLMAN LLP
Sean M. Fisher (ct23087)
271 Whitney Avenue
New Haven, Connecticut 06511
(203) 772-2600 (t)
(203) 562-2098 (f)
sfisher@bswlaw.com

Counsel for Plaintiff SKAT (the Customs and Tax Administration of the Kingdom of Denmark)

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2018, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

*s/ Sarah L. Cave*
Sarah L. Cave